Entered on Docket
February 11, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: February 10, 2010

_____
THOMAS E. CARLSON
U.S. Bankruptcy Judge
_____

W. George Wailes, Esq.
(Bar No. 100435)
Michael J. McQuaid, Esq.
(Bar No. 95871)
CARR, MCCLELLAN, INGERSOLL,
 THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, CA  94011-0513
Telephone: (650) 342-9600
Facsimile: (650) 342-7685
gwailes@carr-mcclellan.com

Attorneys for Plaintiff
JANINA M. ELDER, Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>SAND HILL CAPITAL PARTNERS III, LLC, a California limited liability company,<br>Debtor. | Chapter 7<br>No. 08-30989 TC |
| JANINA M. ELDER, Trustee of the Bankruptcy Estate of Sand Hill Capital Partners III, LLC, a California limited liability company, Debtor,<br>　　　　Plaintiff,<br>　vs.<br>GARY THORNHILL, an individual,<br>　　　　Defendant. | Adv. Pro. No. 09-03109 TC<br>JUDGMENT |

Pursuant to the Stipulation to Judgment executed by the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment in the amount of $700,000 is entered in favor of Plaintiff Janina M. Elder, Trustee of the estate of Sand Hill Capital Partners III, LLC, Debtor ("Plaintiff"), and against Defendant Gary Thornhill ("Defendant").

2. The Bankruptcy Court retains jurisdiction to enforce this Judgment.

***END OF ORDER***

| | |
|---|---|
| 1 | <div align="center">COURT SERVICE LIST</div> |
| 2 | |
| 3 | Office of the U.S. Trustee/SF<br>San Francisco Division<br>235 Pine Street, Suite 700 |
| 4 | San Francisco, CA 94104 |
| 5 | |
| 6 | Janina M. Elder, Trustee<br>P.O. Box 158<br>Middletown, CA 95461 |
| 7 | |
| 8 | Gregory J. Charles, Esq.<br>Campeau Goodsell Smith |
| 9 | 440 North First Street, Suite 100<br>San Jose, CA 95112 |
| 10 | |
| 11 | Michael J. McQuaid, Esq.<br>Carr, McClellan, Ingersoll, |
| 12 | Thompson & Horn<br>Professional Law Corporation |
| 13 | 216 Park Road<br>P.O. Box 513 |
| 14 | Burlingame, CA 94011-0513 |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | 26630-06133\iManage\3153718.1 |