| ☒ Recording requested by a return to:<br>Michael J. McQuaid, Esq.　　Telephone (650) 342-9600<br>Carr, McClellan, Ingersoll, Thompson & Horn<br>Professinal Law Corporation<br>216 Park Road<br>Burlingame, CA 94010 | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | |
| In re: SAND HILL CAPITAL PARTNERS III,<br>　　LLC, a California limited liability company<br>　　　　　　　　　　　　　　　　　　Debtor | CASE NUMBER  08-30989 TC<br><br>ADVERSARY NUMBER  09-03109 TC |
| JANINA M. ELDER, Trustee of the Bankruptcy Estate of Sand Hill Capital Partners III, LLC, a California limited liability company, Debtor　　　　　　　　　　Plaintiff<br>　　　　　　　　　　vs.<br>GARY THORNHILL, an individual<br>　　　　　　　　　　　　　　　　　　Defendant | **ABSTRACT OF JUDGMENT** |

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

    a. Name and address　　　　Gary L. Thornhill

    　　　　　　　　　　　　　129 Spyglass Lane

    　　　　　　　　　　　　　Half Moon Bay, CA 94019

    　　　　　　　　　　☐ Address Unknown

    b. Driver's License No. _____　☒ Unknown

    c. Social Security No. _____　☒ Unknown

2. The Summons was personally served at, or mail to (address):

    Gary Thornhill, 2880 Lakeside Drive, Suite 112, Santa Clara, CA 95054

3. ☐ Information regarding additional judgment debtors is shown on reverse side.

Dated: 　　March 4, 2010　　　　　　　　　　/s/ Michael J. McQuaid
　　　　　　　　　　　　　　　　　　　　　　(Signature of Judgment Creditor or Attorney)
　　　　　　　　　　　　　　　　　　　　　　Michael J. McQuaid, Esq.
　　　　　　　　　　　　　　　　　　　　　　Carr, McClellan, Ingersoll, Thompson & Horn
　　　                                       Professional Law Corporation
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Judgment Creditor, Janina M. Elder

(Continued on Reverse Side)

*Revised July 1999*

Case: 09-03109　Doc# 18　Filed: 03/09/10　Entered: 03/09/10 11:19:50　Page 1 of 2

Abstract of Judgment - Page Two

| In re SAND HILL CAPITAL PARTNERS III, LLC | CHAPTER 7 |
|---|---|
| Debtor(s). | ADVERSARY NO.: 09-03109 TC |

4. I certify that in the above-entitled action and Court, Judgment was entered on **February 11, 2010**,

   in favor of **Janina M. Elder, Trustee** and against **Gary Thornhill**

   for  $ **700,000.00**      Principal,

   $ **-0-**      Interest,

   $ **-0-**      Attorney's Fees, and

   $ **-0-**      Costs.

A lien in favor of a judgment creditor is:

☒ not endorsed on the judgment.

☐ endorsed on the judgment as follows:

   1. Amount $ _____

   2. In favor of (name) _____

A stay of execution has:

☒ not been ordered by the Court.

☐ been ordered by the Court effective until (date): _____

Attested this **MAR 0 9 2010** day of _____.

[SEAL: UNITED STATES BANKRUPTCY COURT]

**GLORIA L. FRANKLIN**
Clerk of the Bankruptcy Court

By: _____ Deputy Clerk

Information regarding additional judgment debtors:

_____
_____
_____
_____

*Revised July 1999*

Case: 09-03109    Doc# 18    Filed: 03/09/10    Entered: 03/09/10 11:19:50    Page 2 of 2