| ☒ Recording requested by a return to:<br>Michael J. McQuaid, Esq.   Telephone (650) 342-9600<br>Carr, McClellan, Ingersoll, Thompson & Horn<br>Professinal Law Corporation<br>216 Park Road<br>Burlingame, CA 94010 | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | |
| In re: SAND HILL CAPITAL PARTNERS III,<br>LLC, a California limited liability company<br>Debtor | CASE NUMBER 08-30989 TC<br>ADVERSARY NUMBER 09-03109 TC |
| JANINA M. ELDER, Trustee of the Bankruptcy Estate of Sand Hill Capital Partners III, LLC, a California limited liability company, Debtor    Plaintiff<br>vs.<br>GARY THORNHILL, an individual<br>Defendant | **ABSTRACT OF JUDGMENT** |

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

   a. Name and address

   Gary L. Thornhill

   129 Spyglass Lane

   Half Moon Bay, CA 94019

   ☐ Address Unknown

   b. Driver's License No. _____  ☒ Unknown

   c. Social Security No. _____  ☒ Unknown

2. The Summons was personally served at, or mail to (address):

   Gary Thornhill, 2880 Lakeside Drive, Suite 112, Santa Clara, CA 95054

3. ☐ Information regarding additional judgment debtors is shown on reverse side.

   Dated:   March 4, 2010              *[signature]*
                                        (Signature of Judgment Creditor or Attorney)
                                        Michael J. McQuaid, Esq.
                                        Carr, McClellan, Ingersoll, Thompson & Horn
                                        Professional Law Corporation
                                        Attorneys for Judgment Creditor, Janina M. Elder

(Continued on Reverse Side)

Abstract of Judgment - Page Two

| In re SAND HILL CAPITAL PARTNERS III, LLC | CHAPTER 7 |
|---|---|
| Debtor(s). | ADVERSARY NO.: 09-03109 TC |

4. I certify that in the above-entitled action and Court, Judgment was entered on _____February 11, 2010_____,

in favor of _____Janina M. Elder, Trustee_____ and against _____Gary Thornhill_____

for $ 700,000.00    Principal,

$ -0-    Interest,

$ -0-    Attorney's Fees, and

$ -0-    Costs.

A lien in favor of a judgment creditor is:

☒ not endorsed on the judgment.

☐ endorsed on the judgment as follows:

1. Amount $ _____

2. In favor of (name) _____

A stay of execution has:

☒ not been ordered by the Court.

☐ been ordered by the Court effective until (date): _____

Attested this _____MAR 0 9 2010_____ day of _____.

**GLORIA L. FRANKLIN**
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

Information regarding additional judgment debtors:

_____
_____
_____
_____

*Revised July 1999*