Michael J. McQuaid, Esq.
(Bar No. 95871)
W. George Wailes, Esq.
(Bar No. 100435)
Jeremy A. Burns, Esq.
(Bar No. 239917)
CARR, MCCLELLAN, INGERSOLL,
 THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, CA 94011-0513
Telephone: (650) 342-9600
Facsimile: (650) 342-7685
jburns@carr-mcclellan.com

Attorneys for Judgment Creditor
JANINA M. ELDER, TRUSTEE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>SAND HILL CAPITAL PARTNERS III, LLC, a California limited liability company,<br><br>Debtor. | Chapter 7<br><br>No. 08-30989 TC |
| JANINA M. ELDER, Trustee of the Bankruptcy Estate of Sand Hill Capital Partners III, LLC, a California limited liability company, Debtor,<br><br>Plaintiff,<br><br>vs.<br><br>GARY THORNHILL, an individual,<br><br>Defendant. | Adv. Pro. No. 09-03109 TC<br><br>TRUSTEE'S APPLICATION FOR ORDER OF EXAMINATION AND WRITTEN DISCOVERY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 69 |

Janina M. Elder, Trustee of the bankruptcy estate of Sand Hill Capital Partners III, LLC ("Trustee") applies for an Order of Examination and written discovery pursuant to Federal Rule of Civil Procedure 69 and the California Code of Civil Procedure. In order to adequately investigate the assets and financial affairs of judgment debtor Thornhill, it is necessary for Trustee to obtain documents from him, obtain his responses to written discovery and to examine

him after Trustee has had an opportunity to review his responses.

The Trustee prays for an Order of Examination of Gary Thornhill, directing him to (1) appear and testify before the Court (2) provide the documents listed in **Exhibit 2** to the contemporaneously filed Declaration of Jeremy A. Burns to Trustee's attorneys, Carr, McClellan, Ingersoll, Thompson & Horn Professional Law Corporation at 216 Park Road, Burlingame, California, 35 days after service of the Court's Order. The Trustee further prays that the Court require Mr. Thornhill to respond to the written interrogatories listed in **Exhibit 3** to the contemporaneously filed Declaration of Jeremy A. Burns 35 days after service of the Court's Order. Finally, the Court should require Mr. Thornhill to appear before the Court to testify shortly after Mr. Thornhill responds to the discovery.

Dated: April 19, 2010

CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation

By: _____
Jeremy A. Burns
Attorneys for Judgment Creditor
JANINA M. ELDER, TRUSTEE