Michael J. McQuaid, Esq.
(Bar No. 95871)
W. George Wailes, Esq.
(Bar No. 100435)
Jeremy A. Burns, Esq.
(Bar No. 239917)
CARR, MCCLELLAN, INGERSOLL,
    THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, CA 94011-0513
Telephone: (650) 342-9600
Facsimile: (650) 342-7685
jburns@carr-mcclellan.com

Attorneys for Judgment Creditor
JANINA M. ELDER, TRUSTEE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>SAND HILL CAPITAL PARTNERS III, LLC, a California limited liability company,<br><br>Debtor. | Chapter 7<br><br>No. 08-30989 TC |
| JANINA M. ELDER, Trustee of the Bankruptcy Estate of Sand Hill Capital Partners III, LLC, a California limited liability company, Debtor,<br><br>Plaintiff,<br><br>vs.<br><br>GARY THORNHILL, an individual,<br><br>Defendant. | Adv. Pro. No. 09-03109 TC<br><br>TRUSTEE'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR ORDER OF EXAMINATION AND WRITTEN DISCOVERY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 69 |

The Court should permit Janina M. Elder, Trustee of the bankruptcy estate of Sand Hill Capital Partners III, LLC ("Trustee") to conduct post-judgment discovery of judgment debtor Gary Thornhill pursuant to Federal Rule of Civil Procedure 69 and the California Code of Civil Procedure.

### A. Factual Background

Trustee is the acting Trustee of the bankruptcy estate of Sand Hill Capital Partners III, LLC, Debtor. See *Declaration of Jeremy A. Burns in Support of Application for Order of Examination and Written Discovery Pursuant to Rule 69*, ¶ 2. On February 10, 2010, a judgment in the amount of $700,000 was entered in favor of Trustee, and against Defendant Gary Thornhill ("Thornhill"). *Id.*, ¶ 3, Exhibit 1. Dkt No 69. The judgment against Thornhill has not been satisfied. *Id.*, ¶ 4.

### B. Argument

The Court may issue an Order of Examination and require Thornhill to respond to written discovery.

The procedure on execution of a federal judgment is to use the procedure of the state where the federal court is located. Furthermore, the judgment creditor may obtain "discovery from any person--including the judgment debtor--as provided in these rules or by the procedure of the state where the court is located." Fed.R.Civ.P. 69 (a)(1).

Here, Thornhill is a judgment debtor. The Trustee has the right to propound discovery under California law. Therefore, the Trustee is entitled to propound written document requests and interrogatories and to conduct a debtor's examination before the Court.

In turn, the California Code of Civil Procedure provides that any time a money judgment is enforceable, a judgment creditor may apply to a court for an order of examination. California Code of Civil Procedure section 708.010. A judgment creditor may apply for an order requiring the judgment debtor to appear before the court to furnish information to aid in the enforcement of the money judgment. *Id.* §708.110(a). In addition, the Judgment Debtor may be required to respond to written interrogatories and requests for production of documents. *Id.*, §§708.020-030.

### C. Conclusion

The Court should order Mr. Thornhill to produce documents, answer the written interrogatories, and appear to testify.

| | |
|---|---|
| 1 | Dated: April 19, 2010 |
| 2 | CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN |
| 3 | Professional Law Corporation |
| 4 | By: /s/ Burns |
| 5 | Jeremy A. Burns |
| 6 | Attorneys for Judgment Creditor<br>JANINA M. ELDER, TRUSTEE |

Dated: April 19, 2010

CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation

By: _____
Jeremy A. Burns
Attorneys for Judgment Creditor
JANINA M. ELDER, TRUSTEE

MPA ISO APP. FOR OEX & WRITTEN DISCOVERY