Michael J. McQuaid, Esq.
(Bar No. 95871)
W. George Wailes, Esq.
(Bar No. 100435)
Jeremy A. Burns, Esq.
(Bar No. 239917)
CARR, MCCLELLAN, INGERSOLL,
   THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, CA 94011-0513
Telephone: (650) 342-9600
Facsimile: (650) 342-7685
jburns@carr-mcclellan.com

Attorneys for Judgment Creditor
JANINA M. ELDER, TRUSTEE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>SAND HILL CAPITAL PARTNERS III, LLC, a California limited liability company,<br><br>Debtor. | Chapter 7<br><br>No. 08-30989 TC |
| JANINA M. ELDER, Trustee of the Bankruptcy Estate of Sand Hill Capital Partners III, LLC, a California limited liability company, Debtor,<br><br>Plaintiff,<br><br>vs.<br><br>GARY THORNHILL, an individual,<br><br>Defendant. | Adv. Pro. No. 09-03109 TC<br><br>DECLARATION OF JEREMY A. BURNS IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF TRUSTEE'S APPLICATION FOR ORDER OF EXAMINATION AND WRITTEN DISCOVERY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 69 |

I, Jeremy A. Burns, declare:

1.      I am a attorney with Carr, McClellan, Ingersoll, Thompson & Horn Professional

Corporation, attorneys of record for Plaintiff and Judgment Creditor Janina M. Elder, Trustee

("Trustee").

2.      Trustee is the duly appointed, qualified and acting Trustee of the bankruptcy

26630-00016\iManage\3182271.1

JAB DECL ISO APP. FOR OEX & WRITTEN DISCOVERY

1 | estate of Sand Hill Capital Partners III, LLC, Debtor.

2 |      3.      On February 10, 2010, a judgment in the amount of $700,000 ("Judgment") was

3 | entered in favor of Trustee against Defendant Gary Thornhill ("Thornhill"). I attach as **Exhibit 1**

4 | a copy of the Judgment.

5 |      4.      The judgment against Thornhill has not been paid, satisfied, vacated, reversed or

6 | barred by the statute of limitation.

7 |      5.      I attach as **Exhibit 2** a copy of proposed requests for production of documents to

8 | Thornhill. I also attach as **Exhibit 3** a copy of proposed interrogatories for Mr. Thornhill.

9 |      6.      I certify that under California law that the attached set of interrogatories contains

10 | a total of 151 specially prepared interrogatories propounded to Thornhill. These interrogatories

11 | exceed the total number of Interrogatories permitted by section 2030.030 of the Code of Civil

12 | Procedure. I am familiar with the issues in this case. The number of interrogatories propounded

13 | is warranted under section 2030.040 of the Code of Civil Procedure because of the complexity

14 | and quantity of the judgment debtor's finances.

15 |      I declare under penalty of perjury under the laws of the United States that the foregoing is

16 | true and correct.

17 |

18 | Dated: April 19, 2010

19 |

_Jeremy A. Burns_ (signature)

20 | Jeremy A. Burns

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

MPA ISO APP. FOR OEX & WRITTEN
DISCOVERY

Case: 09-03109   Doc# 25   Filed: 04/19/10   Entered: 04/19/10 12:08:48   Page 2 of 2