Michael J. McQuaid, Esq.
(Bar No. 95871)
W. George Wailes, Esq.
(Bar No. 100435)
Jeremy A. Burns, Esq.
(Bar No. 239917)
CARR, MCCLELLAN, INGERSOLL,
 THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, CA 94011-0513
Telephone: (650) 342-9600
Facsimile: (650) 342-7685
jburns@carr-mcclellan.com

Attorneys for Judgment Creditor
JANINA M. ELDER, TRUSTEE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>SAND HILL CAPITAL PARTNERS III, LLC, a California limited liability company,<br><br>Debtor. | Chapter 7<br><br>Case No. 08-30989 TC |
| JANINA M. ELDER, Trustee of the Bankruptcy Estate of Sand Hill Capital Partners III, LLC, a California limited liability company, Debtor,<br><br>        Plaintiff,<br><br>vs.<br><br>GARY THORNHILL, an individual,<br><br>        Defendant. | Adv. Pro. No. 09-03109 TC<br><br>CERTIFICATE OF SERVICE |

    I declare that I am employed in the County of San Mateo, California. I am over the age of eighteen (18) years and not a party to this action. My business address is 216 Park Road, P.O. Box 513, Burlingame, California 94011-0513.

    I certify that the original papers filed with the Court and all copies of papers, documents, and exhibits, whether filed with the Court or served on other parties, are prepared on recycled paper.

26630-06133\iManage\3187940.1                                                                      CERTIFICATE OF SERVICE

I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service and know that this correspondence would be deposited with the United States Postal Service this day in the ordinary course of business.

On April 19, 2010, I served the following:

**TRUSTEE'S APPLICATION FOR ORDER OF EXAMINATION AND WRITTEN DISCOVERY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 69**

**TRUSTEE'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR ORDER OF EXAMINATION AND WRITTEN DISCOVERY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 69**

**DECLARATION OF JEREMY A. BURNS IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF TRUSTEE'S APPLICATION FOR ORDER OF EXAMINATION AND WRITTEN DISCOVERY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 69**

**ORDER OF EXAMINATION AND WRITTEN DISCOVERY PURSUANT TO RULE 69**

by placing a true copy thereof in a sealed envelope and placing this envelope for collection and mailing this date following the ordinary business practices of Carr, McClellan, Ingersoll, Thompson & Horn for deposit of correspondence in the United States Postal Service, addressed as follows:

Office of the U.S. Trustee/SF
San Francisco Division
235 Pine Street, Suite 700
San Francisco, CA 94104

Janina M. Elder, Trustee
P.O. Box 158
Middletown, CA 95461

Kari L. Silva, Esq.
Campeau Goodsell Smith
440 N 1st St. #100
San Jose, CA 95112

Executed on April 19, 2010, at Burlingame, California.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Georgia J. Llewellyn