

1  Michael J. McQuaid, Esq.
   (Bar No. 95871)
2  W. George Wailes, Esq.        Signed and Filed: April 26, 2010
   (Bar No. 100435)
3  Jeremy A. Burns, Esq.
   (Bar No. 239917)
4  CARR, MCCLELLAN, INGERSOLL,   _____
    THOMPSON & HORN              **THOMAS E. CARLSON**
5  Professional Law Corporation  **U.S. Bankruptcy Judge**
   216 Park Road                 _____
6  P.O. Box 513
   Burlingame, CA 94011-0513
7  Telephone: (650) 342-9600
   Facsimile: (650) 342-7685
8  jburns@carr-mcclellan.com

9  Attorneys for Judgment Creditor
   JANINA M. ELDER, TRUSTEE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| SAND HILL CAPITAL PARTNERS III, LLC, a California limited liability company, | No. 08-30989 TC |
| Debtor. | |
| JANINA M. ELDER, Trustee of the Bankruptcy Estate of Sand Hill Capital Partners III, LLC, a California limited liability company, Debtor, | Adv. Pro. No. 09-03109 TC |
| Plaintiff, | ORDER OF EXAMINATION AND WRITTEN DISCOVERY PURSUANT TO RULE 69 |
| vs. | |
| GARY THORNHILL, an individual, | |
| Defendant. | |

Upon consideration of the application and memorandum of points and authorities of Janina M. Elder, the Trustee of the Bankruptcy Estate of Sand Hill Capital Partners III, LLC ("Trustee"), and good cause appearing,

IT IS ORDERED that Gary Thornhill shall provide the documents listed in Exhibit 2 to

the Declaration of Jeremy A. Burns in Support of Application for Order of Examination and Written Discovery Pursuant to Rule 69 ("Burns Declaration") to the Trustee's attorneys at the address set forth above within 35 days of service. Gary Thornhill shall also respond to the interrogatories listed in Exhibit 3 to the Burns Declaration within 35 days of service. Finally, Gary Thornhill shall testify before this Court on June 4, 2010 in Courtroom 23 at 10:00 a.m.

***END OF ORDER***