Michael J. McQuaid, Esq.
(Bar No. 95871)
W. George Wailes, Esq.
(Bar No. 100435)
Jeremy A. Burns, Esq.
(Bar No. 239917)
CARR, MCCLELLAN, INGERSOLL,
 THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, CA 94011-0513
Telephone: (650) 342-9600
Facsimile: (650) 342-7685
jburns@carr-mcclellan.com

Attorneys for Judgment Creditor
JANINA M. ELDER, TRUSTEE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>SAND HILL CAPITAL PARTNERS III, LLC, a California limited liability company,<br><br>    Debtor. | Chapter 7<br><br>No. 08-30989 TC |
| JANINA M. ELDER, Trustee of the Bankruptcy Estate of Sand Hill Capital Partners III, LLC, a California limited liability company, Debtor,<br><br>    Plaintiff,<br><br>    vs.<br><br>GARY THORNHILL, an individual,<br><br>    Defendant. | Adv. Pro. No. 09-03109 TC<br><br>TRUSTEE'S APPLICATION FOR ORDER OF CONTEMPT |

Janina M. Elder, Trustee of the bankruptcy estate of Sand Hill Capital Partners III, LLC ("Trustee") applies for an Order holding judgment debtor Gary Thornhill in contempt and for attorneys' fees.

The Trustee prays that the Court hold Thornhill in contempt. The Trustee further prays that, upon application, the Court award the Trustee the attorneys' fees incurred in bringing this

1 | application.
2 | Dated: July 23, 2010

CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation

By: /s/ Burns
_____
Jeremy A. Burns
Attorneys for Judgment Creditor
JANINA M. ELDER, TRUSTEE