1  Michael J. McQuaid, Esq.
   (Bar No. 95871)
2  W. George Wailes, Esq.
   (Bar No. 100435)
3  Jeremy A. Burns, Esq.
   (Bar No. 239917)
4  CARR, MCCLELLAN, INGERSOLL,
     THOMPSON & HORN
5  Professional Law Corporation
   216 Park Road
6  P.O. Box 513
   Burlingame, CA 94011-0513
7  Telephone: (650) 342-9600
   Facsimile: (650) 342-7685
8  jburns@carr-mcclellan.com

9  Attorneys for Judgment Creditor
   JANINA M. ELDER, TRUSTEE

10

UNITED STATES BANKRUPTCY COURT

11  NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13 In re: | Chapter 7 |
| 14 SAND HILL CAPITAL PARTNERS III, LLC, a California limited liability company, | No. 08-30989 TC |
| 15 Debtor. | |
| 16 | |
| 17 JANINA M. ELDER, Trustee of the Bankruptcy Estate of Sand Hill Capital Partners III, LLC, a California limited liability company, Debtor, | Adv. Pro. No. 09-03109 TC |
| 18 19 | DECLARATION OF JEREMY A. BURNS IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF TRUSTEE'S APPLICATION FOR ORDER OF CONTEMPT |
| 20 Plaintiff, | |
| 21 vs. | **REDACTED** |
| 22 GARY THORNHILL, an individual, | |
| 23 Defendant. | |

24      I, Jeremy A. Burns, declare:

25      1.      I am an attorney with Carr, McClellan, Ingersoll, Thompson & Horn Professional

26  Corporation, attorneys of record for Plaintiff and Judgment Creditor Janina M. Elder, Trustee

27  ("Trustee").

28      2.      Trustee is the duly appointed, qualified and acting Trustee of the bankruptcy

1     estate of Sand Hill Capital Partners III, LLC, Debtor.

2          3.       On February 10, 2010, a judgment in the amount of $700,000 ("Judgment") was

3     entered in favor of Trustee against Defendant Gary Thornhill ("Thornhill").

4          4.       The judgment against Thornhill has not been paid, satisfied, vacated, reversed or

5     barred by the statute of limitation.

6          5.       On April 26, 2010, the Court issued the following Order:

7          IT IS ORDERED that Gary Thornhill shall provide the documents listed in Exhibit
8          2 to the Declaration of Jeremy A. Burns in Support of Application for Order of
           Examination and Written Discovery Pursuant to Rule 69 ("Burns Declaration") to
9          the Trustee's attorneys at the address set forth above within 35 days of service.
           Gary Thornhill shall also respond to the interrogatories listed in Exhibit 3 to the
10         Burns Declaration within 35 days of service. Finally, Gary Thornhill shall testify
           before this Court on June 4, 2010 in Courtroom 23 at 10:00 a.m.

11          6.       On June 1, 2010, Greg Charles, Mr. Thornhill's attorney, contacted me. He

12     requested that the Order of Examination be held outside of the Court. In turn, I requested that

13     the documents be produced the following week, and that the Order of Examination be held on

14     June 23 or June 24 at my offices. Immediately after our phone conversation, I sent an email to

15     Mr. Charles to memorialize our conversation. I attach as **Exhibit 1** a copy of my June 1, 2010

16     email to Mr. Charles. I used his email address at gcharles@campeaulaw.com, which is the email

17     address listed on the State Bar of California's website for Mr. Charles.

18          7.       On June 7, 2010, I sent an email requesting confirmation as to whether the 23rd or

19     the 24th worked. I attach as **Exhibit 2** a copy of my June 7, 2010 email to Mr. Charles. I also

20     called Mr. Charles on June 8, 2010 and left him a voicemail message asking him to call me.

21          8.       On June 11, 2010, I sent an email to Mr. Charles complaining that he had failed to

22     respond to my emails requesting confirmation as to whether the 23rd or the 24th worked. I attach

23     as **Exhibit 3** a copy of my June 11, 2010 email to Mr. Charles.

24          9.       On June 18, 2010, I left another voicemail for Mr. Charles demanding that he call

25     me immediately to discuss the Order of Examination.

26         10.      On June 22, 2010, I sent an email to Mr. Charles advising him that I would

27     request that the Court hold his client in contempt of Court. I attach as **Exhibit 4** a copy of my

28     June 22, 2010 email to Mr. Charles.

1       11.     Finally, on June 30, 2010, Mr. Charles produced 12 pages of financial information

2   pertaining to the Thornhill Financial Corporation.

3       12.     After reviewing these documents and determining they were inadequate, I sent an

4   email on July 8, 2010 advising Mr. Charles as such.  I attach as **Exhibit 5** a copy of my July 8,

5   2010 email to Mr. Charles.

6       13.     Although to date he has produced no checking or banking records, Mr. Charles

7   testified under oath on March 19, 2009 ███████████████████████████████.  In

8   addition, Mr. Thornhill testified ████████████████████████████████████

9   ████.  I attach as **Exhibit 6** excerpts of Mr. Thornhill's deposition testimony.

10      14.     I attach as **Exhibit 7** a copy of the Order of Examination with the document

11   requests and special interrogatories personally served on Mr. Thornhill on May 5, 2010.  A copy

12   of the proof of service is attached to this document.  I note that document request no. 5 seeks:

13          All documents concerning bank accounts in which you have had an interest at any
             time during the past ten years including check registers, statements, or deposit or
14          withdrawal receipts.

15       I declare under penalty of perjury under the laws of the United States that the foregoing is

16   true and correct.

17

   Dated:  July 22, 2010
18

19

20                            Jeremy A. Burns

21

22

23

24

25

26

27

28