**Entered on Docket**
**August 13, 2010**
**GLORIA L. FRANKLIN, CLERK**
**U.S BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



**Signed and Filed: August 13, 2010**

_____

**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 08-30989 TEC |
| SAND HILL CAPITAL PARTNERS III, LLC, a California limited liability company, | Chapter 7 |
| Debtor. | |
| JANINA M. ELDER, Trustee of the Bankruptcy Estate of Sand Hill Capital Partners III, LLC, a California limited liability company, | Adv. Proc. No. 09-3109 TC |
| Plaintiff, | Date: September 24, 2010<br>Time: 9:30 a.m.<br>Ctrm: 235 Pine St., 23rd Fl.<br>San Francisco, CA |
| vs. | |
| GARY THORNHILL, an individual, | |
| Defendant. | |

### ORDER DIRECTING DEFENDANT GARY THORNHILL TO APPEAR AND SHOW CAUSE WHY HE SHOULD NOT BE HELD IN CONTEMPT

On August 13, 2010, the court held a status conference on Trustee's Application for Order of Contempt. Jeremy A. Burns appeared for Plaintiff. Gregory J. Charles appeared for Defendant. Upon due consideration, and pursuant to stipulation of counsel to entry of the following order terms, the court hereby orders as follows:

-1-

1    (1) On or before September 10, 2010, Defendant shall provide
2  to Plaintiff's counsel all documents in his possession, custody, or
3  control that are responsive to Plaintiff's Request for Production
4  of Documents dated April 19, 2010 (the Document Request) (Exh. 2 to
5  Decl. of Jeremy A. Burns in Support of Application for Order of
6  Examination and Written Discovery).

7    (2) On September 24, 2010 at 9:30 a.m., Defendant shall appear
8  before the above-signed and show cause regarding why he should not
9  be held in contempt for failing to comply with this court's April
10 26, 2010 order requiring Defendant to produce documents and appear
11 at a judgment debtor's examination.

12    (3) The court will discharge the order to show cause if
13 Defendant timely and fully complies with paragraph (2) of this
14 order; and appears in this court on September 24, 2010 at 9:30 and
15 submits to a judgement debtor examination.

16    (4) Plaintiff is entitled to recover attorney fees in a
17 reasonable amount regarding Trustee's Application for Order of
18 Contempt.  The amount of such fees will be determined by
19 stipulation of the parties or pursuant to order following a
20 separately noticed fee application.

21                    **\*\*END OF ORDER\*\***

22

23

24

25

26

27

28

-2-

**<ins>Court Service List</ins>**

1

2 Gary Thornhill
2880 Lakeside Drive
3 Suite 112
Santa Clara, CA 95054
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case: 09-03109    Doc# 35    Filed: 08/13/10    Entered: 08/13/10 16:24:06    Page 3 of 3