

Signed and Filed: October 15, 2010

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>SAND HILL CAPITAL PARTNERS III, LLC, a California limited liability company,<br><br>              Debtor.<br><br>JANINA M. ELDER, Trustee of the Bankruptcy Estate of Sand Hill Capital Partners III, LLC, a California limited liability company,<br><br>              Plaintiff,<br><br>   vs.<br><br>GARY THORNHILL, an individual,<br><br>              Defendant. | Case No. 08-30989 TEC<br><br>Chapter 7<br><br><br><br><br>Adv. Proc. No. 09-3109 TC |

**ORDER RE JUDGMENT DEBTOR EXAMINATION**

The court held a hearing on October 15, 2010 regarding judgment debtor's compliance with a prior order regarding judgment debtor's examination. Jeremy A. Burns (Burns) appeared for judgment creditors. Gregory J. Charles appeared for judgment debtor (Debtor). Upon due consideration, and for the reasons stated on the record, Debtor shall provide the following to Burns

ORDER RE JUDGMENT
DEBTOR EXAMINATION     -1-

by October 25, 2010:

   (1) Copies of Debtor's personal tax returns for 2000 through 2009.

   (2) Copies of all documents in Debtor's possession, custody, or control regarding the Gary L. Thornhill Living Trust, and the GLT Irrevocable Trust.

   (3) Copies of all documents in Debtor's possession, custody, or control regarding Debtor's pension and profit-sharing plan(s).

   With respect to the documents above, Debtor shall provide to Burns, along with the documents produced, a declaration under penalty of perjury stating that he has provided every document in each category within his possession, custody, or control.

**END OF ORDER**