1  Michael J. McQuaid, Esq.
   (Bar No. 95871)
2  W. George Wailes, Esq.
   (Bar No. 100435)
3  Jeremy A. Burns, Esq.
   (Bar No. 239917)
4  CARR, MCCLELLAN, INGERSOLL,
     THOMPSON & HORN
5  Professional Law Corporation
   216 Park Road
6  P.O. Box 513
   Burlingame, CA 94011-0513
7  Telephone: (650) 342-9600
   Facsimile: (650) 342-7685
8  jburns@carr-mcclellan.com

9  Attorneys for Judgment Creditor
   JANINA M. HOSKINS, TRUSTEE
10

11              UNITED STATES BANKRUPTCY COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14  In re:                                    | Chapter 7

15  SAND HILL CAPITAL PARTNERS III,           | No. 08−30989 TC 7
    LLC, a California limited liability company,
16
                                              |
17          Debtor.                           |

18  JANINA M. HOSKINS, Trustee of the         | Adv. Pro. No. 09-03109 TC
    Bankruptcy Estate of Sand Hill Capital
19  Partners III, LLC, a California limited   | FIRST AMENDED NOTICE OF TRUSTEE'S
    liability company, Debtor,                | APPLICATION FOR EXTENSION OF
20                                            | ORDER OF EXAMINATION LIEN
            Plaintiff,
21                                            | Date:    April 22, 2011
       vs.                                    | Time:    9:30 a.m.
22                                            | Room:    23, Judge Carlson
    GARY THORNHILL, an individual,
23
            Defendant.
24

25      TO: GARY THORNHILL AND HIS COUNSEL OF RECORD

26      PLEASE TAKE NOTICE that on April 22, 2011 at 9:30 a.m. or as soon thereafter as the

27  matter may be heard by the Honorable Thomas E. Carlson, United States Bankruptcy Judge, in

28  his courtroom located at the United States Bankruptcy Court, 235 Pine Street, Courtroom 23 (not

26630-06133\iManage\3666066.1                                    AMENDED NOTICE

1  21 as previously noticed), San Francisco, California, a hearing will be held on the application of

2  Janina M. Hoskins, Trustee of the bankruptcy estate of Sand Hill Capital Partners III, LLC for an

3  Order Extending the OEX lien against Judgment Debtor Gary Thornhill until April 25, 2012.

4          The application is based on this Notice of Application, Application, Memorandum of Points

5  and Authorities in Support of the Application, and the Declaration of Jeremy A. Burns in support of

6  the Application, on all records and documents filed in the bankruptcy case and in connection with

7  this motion, and any oral or documentary evidence presented through disposition of the Application.

8

9  Dated:      March 25, 2011                    CARR, McCLELLAN, INGERSOLL,
                                                 THOMPSON & HORN
10                                               Professional Law Corporation

11

12                                               By: _____

13                                                   Jeremy A. Burns
                                                     Attorneys for Judgment Creditor
14                                                   Janina M. Hoskins, Trustee

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case: 09-03109    Doc# 46    Filed: 03/25/11    Entered: 03/25/11 14:35:57    Page 2 of 2