Michael J. McQuaid, Esq.
(Bar No. 95871)
W. George Wailes, Esq.
(Bar No. 100435)
Jeremy A. Burns, Esq.
(Bar No. 239917)
CARR, MCCLELLAN, INGERSOLL,
  THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, CA 94011-0513
Telephone: (650) 342-9600
Facsimile: (650) 342-7685
jburns@carr-mcclellan.com

Attorneys for Judgment Creditor
JANINA M. HOSKINS, TRUSTEE

FILED
APR 2 2 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

SAND HILL CAPITAL PARTNERS III,
LLC, a California limited liability company,

    Debtor.

JANINA M. HOSKINS, Trustee of the
Bankruptcy Estate of Sand Hill Capital
Partners III, LLC, a California limited
liability company, Debtor,

    Plaintiff,

vs.

GARY THORNHILL, an individual,

    Defendant.

Chapter 7

No. 08-30989 TC 7

Adv. Pro. No. 09-03109 TC

ORDER EXTENDING ORDER OF
EXAMINATION LIEN

Date: April 22, 2011
Time: 9:30 a.m.
Room: 23, Judge Carlson

    Janina M. Hoskins, the Trustee of the Bankruptcy Estate of Sand Hill Capital Partners III, LLC ("Trustee"), and good cause appearing,

    IT IS ORDERED that the Order of Examination Lien against Gary Thornhill and in favor of Janina M. Hoskins, Trustee of the Bankruptcy Estate of Sand Hill Capital Partners III, LLC, is extended until and including April 25, 2012.

                      ***END OF ORDER***

4-22-11

26630-06133\iManage\3664893.1

ORDER