GREGORY J. CHARLES, ESQ. #208583
Law Offices of Gregory Charles
2131 The Alameda, Suite C-2
San Jose, CA 95126
P: 408.493.0363
F: 408.852.0233
greg@gregcharleslaw.com
Counsel for Gary Thornhill

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SANDHILL CAPTIAL PARTNERS III, LLC, a California Limited Liability Company, | Case No. 08-30989 |
| | Chapter 7 |
| DEBTOR. | Adversary No. 09-3109 TC |
| | EX PARTE APPLICATION TO FILE PORTION OF DECLARATION UNDER SEAL |
| JANINA ELDER, Trustee of the Bankruptcy Estate of Sand Hill Capital Partners III, LLC, a California Limited Liability Company, Debtor, | NO HEARING |
| | JUDGE CARLSON |
| PLAINTIFF, | |
| V. | |
| GARY L. THORNHILL | |
| DEFENDANT. | |

Pursuant to Civil Local Rule 79-5 made applicable by the Bankruptcy Local Rules, Gary Thornhill seeks an order to file a portion of a declaration under seal. Specifically, personal financial information will be redacted from the publicly filed version of the declaration.

Dated: March 19 2012                    Law Offices of Gregory Charles


By:  s/Gregory Charles
                                                        Gregory J. Charles

1

GREGORY J. CHARLES, ESQ. #208583
Law Offices of Gregory Charles
2131 The Alameda, Suite C-2
San Jose, CA 95126
P: 408.493.0363
F: 408.852.0233
greg@gregcharleslaw.com
Counsel for Gary Thornhill

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SANDHILL CAPTIAL PARTNERS III, LLC, a California Limited Liability Company, <br><br> DEBTOR. | Case No. 08-30989 <br><br> Chapter 7 <br><br> Adversary No. 09-3109 TC |
| JANINA ELDER, Trustee of the Bankruptcy Estate of Sand Hill Capital Partners III, LLC, a California Limited Liability Company, Debtor, <br><br> PLAINTIFF, <br><br> V. <br><br> GARY L. THORNHILL. <br><br> DEFENDANT. | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION TO FILE PORTION OF DECLARATION UNDER SEAL <br><br> NO HEARING <br><br> JUDGE CARLSON |

On February 24, 2012, this court entered an order regarding production of documents and requiring the filing of a declaration by Gary Thornhill. ¶4 of the Order states:

> (4) On or before March 26, 2012, Defendant shall file and serve a declaration, sworn under penalty of perjury, specifying for each sub-paragraph contained within paragraph (3) of this order that: (a) Defendant has produced and filed all documents specified in the sub-paragraph that are in his possession, custody, or control; or (b) Defendant does not have any of the documents specified in the sub-paragraph in his possession, custody, or control.

\\

Law Offices of Gregory Charles
2131 The Alameda, Suite C-2
San Jose, CA 95126

The order also requires production of items listed on Mr. Thornhill's personal financial statement.

    In response to the order, Mr. Thornhill prepared a detailed declaration. The declaration refers to many personal financial matters and Exhibit 2 includes financial information regarding third parties.

    Given these considerations, Mr. Thornhill seeks to publicly file a redacted declaration (Charles Dec., Ex. 1). Further, the court will order the unredacted document to be filed under seal. Obviously, Mr. Thornhill will provide the unredacted document to counsel for the judgment creditor.

Dated: Dated: March 19 2012          Law Offices of Gregory Charles


                                     By: s/Gregory Charles
                                         Gregory J. Charles

Law Offices of Gregory Charles
2131 The Alameda, Suite C-2
San Jose, CA 95126

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GREGORY J. CHARLES, ESQ. #208583
Law Offices of Gregory Charles
2131 The Alameda, Suite C-2
San Jose, CA 95126
P: 408.493.0363
F: 408.852.0233
greg@gregcharleslaw.com
Counsel for Gary Thornhill

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SANDHILL CAPTIAL PARTNERS III, LLC, a California Limited Liability Company, <br><br> DEBTOR. | Case No. 08-30989 <br><br> Chapter 7 <br><br> Adversary No. 09-3109 TC |
| JANINA ELDER, Trustee of the Bankruptcy Estate of Sand Hill Capital Partners III, LLC, a California Limited Liability Company, Debtor, <br><br> PLAINTIFF, <br><br> V. <br><br> GARY L. THORNHILL <br><br> DEFENDANT. | DECLARATION OF GREGORY CHARLES IN SUPPORT OF EX PARTE APPLICATION TO FILE PORTION OF DECLARATION UNDER SEAL <br><br> NO HEARING <br><br> JUDGE CARLSON |

I, Gregory J. Charles, declare and say:

1.      I am an attorney at law duly licensed to practice before the courts of the State of California. This declaration is made on my personal knowledge. If called as a witness, I would and could competently testify as follows.

2.      On February 24, 2012, this court entered an order regarding production of documents and requiring the filing of a declaration by Gary Thornhill. ¶4 of the Order states:

(4) On or before March 26, 2012, Defendant shall file and serve a declaration, sworn under penalty of perjury, specifying for each sub-

paragraph contained within paragraph (3) of this order that: (a) Defendant has produced and filed all documents specified in the sub-paragraph that are in his possession, custody, or control; or (b) Defendant does not have any of the documents specified in the sub-paragraph in his possession, custody, or control.

3.    In response to the order, Mr. Thornhill prepared a detailed declaration. The declaration refers to many personal financial matters and Exhibit 2 includes financial information regarding third parties.

4.    I attached hereto as Exhibit 1 the proposed redacted declaration.

On March 19, 2012 in Santa Clara, CA, I declare under penalty of perjury that the foregoing is true and correct.

s/Gregory Charles
Gregory J. Charles

Law Offices of Gregory Charles
2131 The Alameda, Suite C-2
San Jose, CA 95126

# Exhibit 1

1  GREGORY J. CHARLES, ESQ. #208583
   Law Offices of Gregory Charles
2  2131 The Alameda, Suite C-2
   San Jose, CA 95126
3  P: 408.493.0363
   F: 408.852.0233
4  greg@gregcharleslaw.com
   Counsel for Gary Thornhill
5

6              UNITED STATES BANKRUPTCY COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8              SAN FRANCISCO DIVISION

9  IN RE: SANDHILL CAPTIAL PARTNERS III,      Case No. 08-30989
   LLC, a California Limited Liability
10 Company,                                   Chapter 7

11           DEBTOR.                          Adversary No. 09-3109 TC

12                                            DECLARATION OF GARY THORNHILL IN
                                              RESPONSE TO ORDER DATED FEBRUARY 24,
13 JANINA ELDER, Trustee of the              2012
   Bankruptcy Estate of Sand Hill Capital
14 Partners III, LLC, a California Limited    NO HEARING
   Liability Company, Debtor,
15                                            JUDGE CARLSON
            PLAINTIFF,
16
        V.
17
   GARY L. THORNHILL
18
            DEFENDANT.
19

20         I, Gary Thornhill, declare and say:

21         1.      This declaration is made on my personal knowledge. If called as a

22 witness, I would and could competently testify as follows.

23         2.      As a result of the October 15, 201 order requiring me to provide (a) copies

24 of personal tax returns for 2000 through 2009; (b) copies of all documents regarding the

25 Gary L. Thornhill Living Trust and the GLT Irrevocable Trust; and (c) copies of all

26 documents regarding my pension and profit sharing plan, I produced Bates Nos. 1-

27 1370. Attached hereto as Exhibit 1 is my declaration detailing the documents that

28 were produced.

Law Offices of Gregory Charles
2131 The Alameda, Suite C-2
San Jose, CA 95126

3.  Subsequently, I provided corporate financial statement (Bates No. 1372-1379).

4.  Prior to the judgment debtor examination, I voluntarily prepared a consolidated financial statement listing the assets, liabilities, and income of the ███ ██████████████████████████ Trust as of September 23, 2010. A copy of this document and transmittal letter are attached as Exhibit 2.

5.  I believe that the trustee refers to this document as my "personal financial statement." The reference is not completely accurate.

6.  I am not the trustee of the ██████████████ Trust, and it is not a party to this litigation. The trustee has not made any effort to gain information from the Mary L. Thornhill Living Trust.

7.  I have personally reviewed the Court's Order of February 24, 2012 ("Order").

8.  In two document productions, I have produced all documents in my possession, custody, or control listed in the Order.

9.  In addition to the production of documents dated January 31, 2012 (Bates Nos. 7994-8408), I include with this declaration Bates Nos. 8409-8972.

10. For the convenience of the parties, I summarize the materials using the same lettering scheme as the Order.

A.  "All bank documents, including promissory notes, security agreements, and UCC-1 financing statements, related to pledges made on the Valley Community Bank loans" I produced these documents on January 31, 2012 at Bates 7994-8055.

B.  "The note receivable listed on Gary Thornhill's financial statement to Thornhill Financial Corporation (for $2.5 million) and any assignment thereof." I produced these documents on January 31, 2012 at Bates 7994-8055. For clarity, I note that ███████████████████████ is the borrower, and the guarantor has been paying loan. The loan balance is

█████████ (Bates 8039).

C. "The most recent statements showing the value of each of the six life insurance policies listed on the financial statement." I produced these documents on January 31, 2012 at Bates Nos. 8128-8138. I also note that some of the policies are █████████████████ Additional information regarding this fact is located at Bates Nos. 8409-8410.

D. "Documents showing when each of the six life insurance policies listed on the financial statement became part of the GLT Irrevocable Trust." I produced these documents on January 31, 2012 at Bates Nos. 8128-8138 and 8144. Additional information regarding this fact is located at Bates Nos. 8409-8410.

E. "The most recently updated financial statement for Gary Thornhill" I ████ ███████████████████████████████████████████████ ██████████████

F. "2009 Federal Tax Return for Gary Thornhill" My 2009 tax return can be found at Bates Nos. 8411-8552.

G. "The share register for Santana, Zeta, Valencia, Gevry, Buccaneer, and Bear Joint Partners." I have produced the subscription agreement for Buccaneer listing its ownership (Bates Nos. 8553-8563). The Santana Operating agreement and its amendment (Bates Nos. 8564-8586, 8587-8608) list the members of that company. The Zeta Operating agreement and its amendment (Bates Nos. 8609-8653) list the members of that company. The Valencia Operating agreement (Bates Nos. 8654-8676) lists the members of that company. The Gevrey Operating agreement and its amendment (Bates Nos. 8677-8685) list the members of that company. The operating agreement between Oakville and Gevrey and associated documents can be found at Bates Nos. 8695-8704. On January 31, 2012, I produced the subscription agreement for Bear Drilling Partners (Bates Nos. 8342-8352).

Law Offices of Gregory Charles
2131 The Alameda, Suite C-2
San Jose, CA 95126

1    H. "Corporate/Partnership Documents (as defined in paragraph (5) of this

2        order) for Thornhill Assurance Services" These documents can be found at

3        Bates Nos. 8706-8739.

4    I. "Corporate/Partnership Documents (as defined in paragraph (5) of this

5        order) for Medalist & Company Corporation" These documents are included

6        at Bates Nos. 8917-893

7    J. "Corporate/Partnership Documents (as defined in paragraph (5) of this

8        order) for Medalist Holding Corporation" These documents are included at

9        Bates Nos. 8931-8943.

10    K. "Corporate/Partnership Documents (as defined in paragraph (5) of this

11        order) for Medalist Assurance Service, Inc." These documents can be found

12        at Bates Nos. 8740-8760.

13    L. "Corporate/Partnership Documents (as defined in paragraph (5) of this

14        order) for Medalist Marketing Group, LLC" These documents are included

15        at Bates Nos. 8944-8972.

16    M. "The most recently filed Federal Tax Return for Medalist Holding

17        Corporation" These documents can be found at Bates Nos. 8761-8669.

18    N. Corporate/Partnership Documents (as defined in paragraph (5) of this order)

19        for Sandhill Thorben, LLC" These documents can be found at Bates Nos.

20        8770-8849.

21    O. "Corporate/Partnership Documents (as defined in paragraph (5) of this

22        order) for Sandhill Thorben II, LLC" These documents can be found at Bates

23        Nos. 8850-8904. I also note that this is a single member entity, so there have

24        not been any federal tax filings.

25    P. The September 2010 account statement for the brokerage firm that holds

26        the shares of stocks specified on page 3 of Defendant's Statement of Assets

27        and Liabilities as of September 23, 2010. On January 31, 2012, I produced

28        ████████████████ statements dated 12/31/11 for Account Nos.████

████████████████████████ (Bates Nos. 8316-8340) These

documents accurately reflect ownership of those accounts as of September

30, 2010. The specific statement listed in the Order is included at Bates Nos.

8905-8916.

On March 19 2012 in Santa Clara, CA, I declare under penalty of perjury that

the foregoing is true and correct.

                                          s/Gary Thornhill  y Thornhill

                                      Gary Thornhill

Law Offices of Gregory Charles
2131 The Alameda, Suite C-2
San Jose, CA 95126

Exhibit 1

GREGORY CHARLES, ESQ., BAR NO. 208583
CAMPEAU GOODSELL SMITH
440 North 1st Street, Ste. 100
San Jose, California 95112
Telephone: 408.295.9555
Facsimile: 408.852.0233
gcharles@campeaulaw.com

Counsel for Gary Thornhill

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SANDHILL CAPTIAL PARTNERS III, LLC, a California Limited Liability Company,<br><br>DEBTOR. | Case No. 08-30989<br><br>Chapter 7<br><br>Adversary No. 09-03109<br><br>DECLARATION OF GARY THORNHILL |
| JANINA ELDER, Trustee of the Bankruptcy Estate of Sandhill Captial Partners III, LLC, a California Limited Liability Company, Debtor,<br><br>PLAINTIFF,<br><br>V.<br><br>GARY THORNHILL, an individual<br><br>DEFENDANT. | |

CAMPEAU GOODSELL SMITH
A Law Corporation
San Jose, California

I, Gary L. Thornhill, declare and say:

    1.    This declaration is made on my personal knowledge. If called as a witness, I would and could competently testify as follows.

    2.    My counsel directed me to conduct a thorough search for the following documents:

        a.  My personal tax returns for 2000 through 2009;

        b.  Documents regarding the Gary L. Thornhill Living Trust, and the GLT

Declaration

1

1    Irrevocable Trust; and

2         c.   Documents regarding my pension and profit-sharing plan(s).

3    3.    With the assistance of an employee, I searched all of the records in my

4    possession, custody, or control. The search included documents held by individuals who

5    provide professional services to me.

6    4.    Except for my 2009 tax return that has not been completed, I provided all

7    of the documents identified above in my possession, custody, or control to my counsel.

8    5.    I am informed that his offices numbered the documents sequentially.

9    6.    I am informed that T0001-T1226 satisfy items a & b, except the 2009

10   return. I am also informed that T1227-1370 satisfy item c.

11   7.    I have not yet filed a 2009 tax return as I owe no taxes for that year

12   I declare under penalty of perjury under the laws of the United States of

13   America that the foregoing is true and correct.

14   Executed this ___ day of January, 2011 at San Jose, California.

15

16                                                    Gary L. Thornhill

17

18

19

20

21

22

23

24

25

26

27

28

Case: 09-03109    Doc# 68    Filed: 03/19/12    Entered: 03/19/12 14:07:15    Page 14 of
24

CAMPEAU GOODSELL SMITH
A Law Corporation
San Jose, California

# Exhibit 2

## CAMPEAU GOODSELL SMITH
### A LAW CORPORATION
440 NORTH FIRST STREET, STE. 100
SAN JOSE, CALIFORNIA 95112
TELEPHONE: (408) 295-9555
FACSIMILE: (408) 852-0233

Gregory Charles
gcharles@campeaulaw.com

September 27, 2010

Jeremy Burns                                    *Via electronic mail*
Carr McClellan Ingersoll                        jburns@carr-mcclellan.com
Thompson & Horn
Professional Law Corporation
216 Park Road
Burlingame, California 94010

Re: *Elder v. Thornhill*
Adv. Pro. 09-03109

Dear Mr. Burns:

I enclose for your convenience the financial statement that I mentioned in court last Friday. The statement is current and complete.

Very truly yours,

CAMPEAU GOODSELL SMITH
A Law Corporation

By: _____
Gregory J. Charles













1    GREGORY J. CHARLES, ESQ. #208583
Law Offices of Gregory Charles
2    2131 The Alameda, Suite C-2
San Jose, CA 95126
3    P: 408.493.0363
F: 408.852.0233
4    greg@gregcharleslaw.com
Counsel for Gary Thornhill

5

6            UNITED STATES BANKRUPTCY COURT

7            NORTHERN DISTRICT OF CALIFORNIA

8            SAN FRANCISCO DIVISION

9

| | |
|---|---|
| IN RE: SANDHILL CAPTIAL PARTNERS III, LLC, a California Limited Liability Company, <br><br>      DEBTOR. | Case No. 08-30989 <br><br> Chapter 7 <br><br> Adversary No. 09-03109 |
| JANINA ELDER, Trustee of the Bankruptcy Estate of Sandhill Captial Partners III, LLC, a California Limited Liability Company, Debtor, <br><br> PLAINTIFF, <br><br> v. <br><br> GARY THORNHILL, an individual <br><br> DEFENDANT. | CERTIFICATE OF SERVICE |

     I am over eighteen years of age, not a party in this action, and employed in Santa Clara County, California I am readily familiar with the processing of pleadings for delivery via electronic mail.

     I caused to be served the following on the date listed below:

     **1.      EX PARTE APPLICATION TO FILE PORTION OF DECLARATION UNDER SEAL, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION TO FILE PORTION OF DECLARATION UNDER SEAL, and DECLARATION OF GREGORY CHARLES IN SUPPORT OF EX PARTE APPLICATION TO FILE PORTION OF DECLARATION UNDER SEAL**

Law Offices of Gregory Charles
2131 The Alameda, Suite C-2
San Jose, CA 95126

Law Offices of Gregory Charles
2131 The Alameda, Suite C-2
San Jose, CA 95126

__X__ If **MAILED VIA U.S. MAIL**, said copies were placed in envelopes which were then sealed and, with postage fully prepaid thereon, on this date placed for collection and mailing at my place of business following ordinary business practices. Said envelopes will be deposited with the U.S. Postal Service at San Jose, California on this date in the ordinary course of business; and there is delivery service by U.S. Postal Service at the place so addressed.

__X__ If **VIA E-MAIL OR ELECTRONIC TRANSMISSION**: I caused the document[s] to be sent to the person[s] at the e-mail address[es] listed below through the electronic filing system of the Northern District of Califonia.

_____ If **VIA HAND DELIVERY:** I caused the document[s] to be delivered by hand to the office of the addressee.

| | |
|---|---|
| Michael J. McQuaid, Esq. <br> W. George Wailes, Esq. <br> CARR, MCCLELLAN, INGERSOLL, <br> THOMPSON & HORN <br> Professional Law Corporation <br> 216 Park Road <br> P.O. Box 513 <br> Burlingame, CA 94011-0513 | |

I declare that I am a member of the Bar of this Court and that this declaration was executed on March 19, 2012 in San Jose, California.

s/ Gregory Charles
_____