```
 1  Michael J. McQuaid, Esq.
    (Bar No. 95871)
 2  W. George Wailes, Esq.
    (Bar No. 100435)
 3  CARR, MCCLELLAN, INGERSOLL,
      THOMPSON & HORN
 4  Professional Law Corporation
    216 Park Road
 5  P.O. Box 513
    Burlingame, CA  94011-0513
 6  Telephone: (650) 342-9600
    Facsimile: (650) 342-7685
 7  gwailes@carr-mcclellan.com

 8  Attorneys for Judgment Creditor
    JANINA M. HOSKINS, TRUSTEE
 9
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>SAND HILL CAPITAL PARTNERS III, LLC, a California limited liability company,<br><br>Debtor. | Chapter 7<br><br>No. 08-30989 HLB |
| JANINA M. HOSKINS, Trustee of the Bankruptcy Estate of Sand Hill Capital Partners III, LLC, a California limited liability company, Debtor,<br><br>Plaintiff,<br><br>vs.<br><br>GARY THORNHILL, an individual,<br><br>Defendant. | Adv. Pro. No. 09-03109 HLB<br><br>TRUSTEE'S EX PARTE APPLICATION FOR ORDER OF EXAMINATION AND WRITTEN DISCOVERY UNDER FEDERAL RULE OF CIVIL PROCEDURE 69 |

Janina M. Hoskins, Trustee of the bankruptcy estate of Sand Hill Capital Partners III, LLC ("Trustee") applies ex parte for an Order of Examination of Judgment Debtor ("OEX") Gary Thornhill ("Thornhill") and written discovery under Federal Rule of Bankruptcy Procedure 7069, Federal Rule of Civil Procedure 69 and California Code of Civil Procedure Section 708.110. In order to adequately investigate the assets and financial affairs of Thornhill, it is

26630-06133\iManage\4476228.1                              Trustee's Ex Parte Application for Order of
                                                                                        Examination

necessary for Trustee to obtain documents from him, obtain his responses to written discovery and to examine him after Trustee has had an opportunity to review his responses.

The Trustee prays for an OEX directing Thornhill to (1) provide the documents listed in **Exhibit 2** to the accompanying filed Declaration of W. George Wailes in Support of Application for Order of Examination of Judgment Debtor ("Wailes OEX Decl.") to Trustee's attorneys, Carr, McClellan, Ingersoll, Thompson & Horn Professional Law Corporation at 216 Park Road, Burlingame, California, 35 days after service of the Court's Order; and (2) appear in Court at 9:30 a.m. on June 20, 2013 (or any other date selected by the Court that is after June 20) and testify at his debtor's examination.

Dated: April 4, 2013

    CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
    Professional Law Corporation

    By: _____
        W. George Wailes
        Attorneys for Judgment Creditor
        JANINA M. HOSKINS, TRUSTEE

26630-06133\iManage\4476228.1

Trustee's Ex Parte Application for Order of Examination

2

Case: 09-03109   Doc# 73   Filed: 04/04/13   Entered: 04/04/13 14:17:32   Page 2 of 2