Michael J. McQuaid, Esq.
(Bar No. 95871)
W. George Wailes, Esq.
(Bar No. 100435)
CARR, McCLELLAN, INGERSOLL,
 THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, CA 94011-0513
Telephone: (650) 342-9600
Facsimile: (650) 342-7685
gwailes@carr-mcclellan.com

Attorneys for Judgment Creditor
JANINA M. HOSKINS, TRUSTEE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br><br> SAND HILL CAPITAL PARTNERS III, LLC, a California limited liability company, <br><br> Debtor. | Chapter 7 <br><br> No. 08-30989 HLB |
| JANINA M. HOSKINS, Trustee of the Bankruptcy Estate of Sand Hill Capital Partners III, LLC, a California limited liability company, Debtor, <br><br> Plaintiff, <br><br> vs. <br><br> GARY THORNHILL, an individual, <br><br> Defendant. | Adv. Pro. No. 09-03109 HLB <br><br> TRUSTEE'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR ORDER OF EXAMINATION AND WRITTEN DISCOVERY UNDER FRCP 69 |

The Court should permit Janina M. Hoskins, Trustee of the bankruptcy estate of Sand Hill Capital Partners III, LLC ("Trustee") to conduct post-judgment discovery of judgment debtor Gary Thornhill under Federal Rule of Bankruptcy Procedure 7069, Federal Rule of Civil Procedure 69 and California Code of Civil Procedure 708.110.

A. **Factual Background**

Trustee is the acting Trustee of the bankruptcy estate of Sand Hill Capital Partners III, LLC, Debtor. Declaration of W. George Wailes in Support of Application for Order of

Examination and Written Discovery ("Wailes OEX Decl."), ¶ 2.  On February 10, 2010, a judgment in the amount of $700,000 was entered in favor of Trustee, and against Defendant Gary Thornhill ("Thornhill").  *Id.,* ¶ 3, Exhibit 1.  Dkt No 69.  Trustee has received $168,355.99 toward the judgment as a result of a charging order this Court issued on February 22, 2012, leaving $531,644.01 owing that has not been satisfied.  *Id.,* ¶ 4.

### B. Argument

The Court may issue an Order of Examination ("OEX") and require Thornhill to respond to written discovery.  The procedure on execution of a federal judgment is to use the procedure of the state where the federal court is located.  Furthermore, the judgment creditor may obtain "discovery from any person--including the judgment debtor--as provided in these rules or by the procedure of the state where the court is located." Fed.R.Civ.P. 69 (a)(1).

California Code of Civil Procedure provides that any time a money judgment is enforceable, a judgment creditor may apply to a court for an order of examination.  Cal. Code Civ. Proc. §708.010.  A judgment creditor may apply for an order requiring the judgment debtor to appear before the court to furnish information to aid in the enforcement of the money judgment.  *Id.* §708.110(a).  In addition, the judgment debtor may be required to respond to requests for production of documents.  *Id.,* §§708.020-030.

Thornhill is a judgment debtor who still owes $531,000 to Trustee.  Trustee has the right to propound discovery under California law.  Therefore, Trustee is entitled to propound written document requests and to conduct a debtor's examination before the Court.

### C. Conclusion

The Court should order Mr. Thornhill to produce documents and appear to testify.

Dated: April 4, 2013

CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation

By: _____
    W. George Wailes
    Attorneys for Judgment Creditor
    JANINA M. HOSKINS, TRUSTEE