Signed and Filed: April 4, 2013

_____
**THOMAS E. CARLSON U.S. Bankruptcy Judge**

Michael J. McQuaid, Esq.
(Bar No. 95871)
W. George Wailes, Esq.
(Bar No. 100435)
CARR, MCCLELLAN, INGERSOLL,
 THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, CA  94011-0513
Telephone: (650) 342-9600
Facsimile: (650) 342-7685
gwailes@carr-mcclellan.com

Attorneys for Judgment Creditor
JANINA M. HOSKINS, TRUSTEE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>SAND HILL CAPITAL PARTNERS III, LLC, a California limited liability company,<br><br>Debtor. | Chapter 7<br><br>No. 08-30989 HLB |
| JANINA M. HOSKINS, Trustee of the Bankruptcy Estate of Sand Hill Capital Partners III, LLC, a California limited liability company, Debtor,<br><br>Plaintiff,<br><br>vs.<br><br>GARY THORNHILL, an individual,<br><br>Defendant. | Adv. Pro. No. 09-03109 HLB<br><br>ORDER OF EXAMINATION AND WRITTEN DISCOVERY UNDER RULE 69 |

Upon consideration of ex parte application, memorandum of points and authorities, and declaration submitted by Janina M. Hoskins, the Trustee of the Bankruptcy Estate of Sand Hill Capital Partners III, LLC ("Trustee"), and good cause appearing,

IT IS ORDERED that Gary Thornhill shall provide the documents listed in Exhibit 2 to the Declaration of W. George Wailes in Support of Application for Order of Examination and

Written Discovery to the Trustee's attorneys (W. George Wailes, Carr, McClellan, 216 Park Road, Burlingame, California) within 35 days of service of this Order. Further, Gary Thornhill shall appear for his debtor's examination before this Court on June 20, 2013 beginning at 9:30 a.m.

****END OF ORDER***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Gary Thornhill |
| 3 | 2880 Lakeside Drive, Suite 112<br>Santa Clara, CA 95054 |
| 4 | |
| 5 | Gary Thornhill<br>129 Spyglass Lane |
| 6 | Half Moon Bay, CA 94019 |
| 7 | G. Larry Engel, Esq.<br>Vincent J. Novak |
| 8 | Morrison & Foerster LLP<br>425 Market St |
| 9 | San Francisco, CA 94105 |