B 264
(1/96)

# United States Bankruptcy Court
## NORTHERN District Of CALIFORNIA

In re SAND HILL CAPITAL PARTNERS III, LLC, a California limited liability company,
Debtor

JANINA M. ELDER, Trustee of the Bankruptcy Estate of Sand Hill Capital Partners III, LLC, a California limited liability company, Debtor,
Plaintiff

v.

GARY THORNHILL,
Defendant

Case No. 08-30989 TC 7

Chapter 7

Adv. Proc. No. 09-03109 TC

## WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

**Name and Address of Judgment Creditor**
Janina M. Hoskins, Trustee (fka Janina M. Elder)
c/o Michael J. McQuaid, Esq.
216 Park Road
Burlingame, CA 94010

Amount of Judgment:
$ 700,000.00

Other Costs:
$

vs.

**Name and Address of Judgment Debtor**
Gary Thornhill
129 Spyglass Lane
Half Moon Bay, CA 94019

Date of Entry of Judgment:

February 11, 2010

TO THE UNITED STATES MARSHAL FOR THE _____ NORTHERN _____ DISTRICT OF _____ CALIFORNIA _____ :
    You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached instructions.

**TO THE JUDGMENT DEBTOR:**
    You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

_April 17, 2013_
Date

**GLORIA L. FRANKLIN**
Clerk of the Bankruptcy Court

[United States Bankruptcy Court Seal]

Entered on Docket
February 11, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: February 10, 2010

THOMAS E. CARLSON
U.S. Bankruptcy Judge



1  W. George Wailes, Esq.
   (Bar No. 100435)
2  Michael J. McQuaid, Esq.
   (Bar No. 95871)
3  CARR, MCCLELLAN, INGERSOLL,
     THOMPSON & HORN
4  Professional Law Corporation
   216 Park Road
5  P.O. Box 513
   Burlingame, CA 94011-0513
6  Telephone: (650) 342-9600
   Facsimile: (650) 342-7685
7  gwailes@carr-mcclellan.com

8  Attorneys for Plaintiff
   JANINA M. ELDER, Trustee

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>SAND HILL CAPITAL PARTNERS III, LLC, a California limited liability company,<br>Debtor. | Chapter 7<br>No. 08-30989 TC |
| JANINA M. ELDER, Trustee of the Bankruptcy Estate of Sand Hill Capital Partners III, LLC, a California limited liability company, Debtor,<br>Plaintiff,<br>vs.<br>GARY THORNHILL, an individual,<br>Defendant. | Adv. Pro. No. 09-03109 TC<br>JUDGMENT |

Pursuant to the Stipulation to Judgment executed by the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment in the amount of $700,000 is entered in favor of Plaintiff Janina M. Elder, Trustee of the estate of Sand Hill Capital Partners III, LLC, Debtor ("Plaintiff"), and against Defendant Gary Thornhill ("Defendant").

2. The Bankruptcy Court retains jurisdiction to enforce this Judgment.

***END OF ORDER***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | Office of the U.S. Trustee/SF<br>San Francisco Division<br>235 Pine Street, Suite 700 |
| 4 | San Francisco, CA 94104 |
| 5 | |
| 6 | Janina M. Elder, Trustee<br>P.O. Box 158<br>Middletown, CA 95461 |
| 7 | |
| 8 | Gregory J. Charles, Esq.<br>Campeau Goodsell Smith |
| 9 | 440 North First Street, Suite 100<br>San Jose, CA 95112 |
| 10 | |
| 11 | Michael J. McQuaid, Esq.<br>Carr, McClellan, Ingersoll, |
| 12 | Thompson & Horn<br>Professional Law Corporation |
| 13 | 216 Park Road<br>P.O. Box 513 |
| 14 | Burlingame, CA 94011-0513 |

26630-06133\iManage\3153718.1